UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-165 |
| | ) | (Phillips) |
| **GREGORY E. SMITH** | ) | |

### ORDER

This matter is before the court on the government's motion for downward departure pursuant to Rule 35(b), Federal Rules of Criminal Procedure [Doc. 45]. No opposition has been received to the motion. Accordingly, the government's motion for downward departure is **GRANTED.**

**IT IS HEREBY ORDERED** that defendant's sentence is reduced from 120 months to **one hundred (100) months.**

All other provisions of the judgment [Doc.42] shall remain as previously ordered by the court.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge